IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY,

        Plaintiff,

v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER,,

        Defendant.
_____

ORDER
_____

Upon consideration of Plaintiff's Motion for Leave to File Surreply in Response to Defendants' Motion to Dismiss (Doc. 15-1), filed on September 29, 2005, and the defendants' response and because the Court will set the motion to dismiss for oral argument at a convenient time, it is

ORDERED that the motion is denied.

DATED: October 12, 2005

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge