# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05 -cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY
    Plaintiff,
v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER
    Defendants,
    Third-Party Plaintiffs,
v.

THE CITY OF FORT COLLINS, COLORADO, a municipal corporation
    Third-Party Defendant.

_____

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
## TO FILE SECOND THIRD-PARTY COMPLAINT

_____

This matter, having come before the Court on Third-Party Plaintiffs' Unopposed Motion for Leave to File Second Third-Party Complaint (the "Motion"), and the Court being advised in the premises of the Motion and finding good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Second Third-Party Complaint attached to the Motion is accepted herewith for filing.

DATED this 30th day of March, 2006.

                                          **BY THE COURT**
                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch
                                          Senior United States District Judge