**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05 -cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY
      Plaintiff,
v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER
      Defendants,
      Third-Party Plaintiffs,
v.

THE CITY OF FORT COLLINS, COLORADO, a municipal corporation
      Third-Party Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO FILE THIRD THIRD-PARTY COMPLAINT**
_____

This matter, having come before the Court on Third-Party Plaintiffs' Unopposed Motion for Leave to File Third Third-Party Complaint (the "Motion"), and the Court being advised in the premises of the Motion and finding good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Third Third-Party Complaint attached to the Motion is accepted herewith for filing.

DATED this 29th day of June, 2006.

                                                                      **BY THE COURT**
                                                                      s/Richard P. Matsch
                                                                      _____
                                                                      Richard P. Matsch
                                                                      Senior United States District Judge