**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05 -cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY
    Plaintiff,
v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER
    Defendants,
    Third-Party Plaintiffs,
v.

THE CITY OF FORT COLLINS, COLORADO, a municipal corporation; CITGO PETROLEUM CORPORATION, a Delaware corporation; OCCIDENTAL PETROLEUM CORPORATION, a Delaware corporation; and OXY USA, INC., a Delaware corporation
    Third-Party Defendants.

___

**ORDER GRANTING UNOPPOSED JOINT MOTION FOR LEAVE
TO FILE AMENDED THIRD THIRD-PARTY COMPLAINT**
___

This matter, having come before the Court on Third-Party Plaintiffs' Unopposed Joint Motion for Leave to File Amended Third Third-Party Complaint (the "Motion"), and the Court being advised in the premises of the Motion and finding good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Amended Third Third-Party Complaint attached to the Motion is accepted herewith for filing.

DATED this 28th day of November, 2006.

        **BY THE COURT**

        s/Richard P. Matsch
        ___
        Richard P. Matsch
        Senior United States District Judge