**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05 -cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY
    Plaintiff,
v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER
    Defendants,
    Third-Party Plaintiffs,
v.

THE CITY OF FORT COLLINS, COLORADO, a municipal corporation; CITGO PETROLEUM CORPORATION, a Delaware corporation; OCCIDENTAL PETROLEUM CORPORATION, a Delaware corporation; and OXY USA, INC., a Delaware corporation.
    Third-Party Defendants.

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

---

This matter, having come before the Court on the parties' Joint Motion to Amend the Scheduling Order (the "Motion"), and the Court being advised in the premises of the Motion and finding good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. Section 6(a) of the Scheduling Order is hereby amended, extending the Joinder/Amendment deadline to and including November 28, 2006. Further, Section 6(b) of the Scheduling Order is hereby amended, extending the Fact Discovery Deadline to and including May 29, 2007. All deadlines calculated by reference to the Fact Discovery Deadline are to be calculated using the new deadline. CanadianOxy will file its Rule 26(a) disclosures and its Statement of Claims and Defenses within 30 days of filing its Answer to the Amended Third Third-Party Complaint.

DATED this 28th day of November, 2006.

                                                        **BY THE COURT**

                                                        s/Richard P. Matsch

                                                        _____
                                                        Richard P. Matsch
                                                        Senior United States District Judge