IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY,

    Plaintiff,

v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER,

    Defendants/Third-Party Plaintiffs,

v.

THE CITY OF FORT COLLINS, COLORADO, a municipal corporation;
CITGO PETROLEUM CORPORATION, a Delaware corporation;
OCCIDENTAL PETROLEUM CORPORATION, a Delaware corporation;
OXY USA, INC., a Delaware corporation; and
CANADIANOXY OFFSHORE PRODUCTION COMPANY, INC., a Delaware corporation,

    Third-Party Defendants.
_____

ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST CITGO
PETROLEUM CORPORATION, OCCIDENTAL PETROLEUM CORPORATION AND
OXY USA, INC.
_____

  Pursuant to the Stipulation of Dismissal with Prejudice of Claims Against

CITGO Petroleum Corporation, Occidental Petroleum Corporation and OXY USA,

Inc., (Doc. # 57), filed on December 4, 2006, it is

  ORDERED that the third-party claims by Third-Party Plaintiffs Schrader Oil

Company, Schrader Land Company, LLP, and Wayne K. Schrader against Third-Party Defendants CITGO Petroleum Corporation, Occidental Petroleum Corporation and OXY USA, Inc., are dismissed with prejudice, each party to bear their own attorneys' fees and costs related to the third-party claims.

DATED: December 5th , 2006

BY THE COURT:

s/Richard P Matsch

_____
Richard P. Matsch, Senior District Judge