**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                September 12, 2007
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Bernique Abiakam

_____

Civil Action No. 05-cv-00785-RPM

| | |
|---|---|
| PUBLIC SERVICE COMPANY OF COLORADO, | R. Kirk Mueller |
| d/b/a XCEL ENERGY, | Lauren C. Buehler |

     Plaintiff,

v.

| | |
|---|---|
| SCHRADER OIL COMPANY, | Donn L. Calkins |
| SCHRADER LAND COMPANY, LLP and | Melanie J. Granberg |
| WAYNE K. SCHRADER, | |

     Defendants / Third-Party Plaintiffs,

v.

| | |
|---|---|
| THE CITY OF FORT COLLINS, COLORADO, and | Eugene J. Riordan |
| CANADIANOXY OFFSHORE PRODUCTION COMPANY, INC., | Not present |
| a Delaware corporation, | |

     Third-Party Defendants.
_____

**COURTROOM MINUTES**
_____

**Motion for Partial Summary Judgment Hearing**

**9:59 a.m.**     **Court in session.**

Mr. Calkins state defendants / third-party plaintiffs Schrader and third-party defendant Canadianoxy have reached a settlement in principal, therefore, Canadionoxy is not present.

Court's summary of case facts and its substantive understanding of the pending motion before it.

Court tenders a website printout of a copy geographical map to counsel.

10:07 a.m.     Mr. Calkins and Mr. Riordan answer questions regarding the website map and administrative orders by consent.

10:10 a.m.     Argument by Mr. Mueller.
10:20 a.m.     Argument by Mr. Calkins.
10:44 a.m.     Rebuttal Argument by Mr. Riordan.

Mr. Riordan states discovery is completed and November 26, 2007 is the deadline for *Daubert* motions.

**ORDERED:**     **PSCO and Fort Collins' Joint Motion for Partial Summary Judgment on the Schraders' RCRA Claim, filed September 8, 2006 [48], is taken under advisement.**

**10:54 a.m.**   **Court in recess.**     Hearing concluded.   Total time in court: 55 min.