IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY,

    Plaintiff,

v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER,

    Defendants/Third-Party Plaintiffs,

v.

THE CITY OF FORT COLLINS, COLORADO, a municipal corporation; and
CANADIANOXY OFFSHORE PRODUCTION COMPANY, INC., a Delaware corporation,

    Third-Party Defendants.

_____

ORDER DISMISSING CANADIANOXY OFFSHORE PRODUCTION CO.
_____

Pursuant to the Stipulation of Dismissal with Prejudice [86] filed on October 31, 2007, it is

ORDERED that all claims between Third-Party Plaintiffs Schrader Oil Company, Schrader Land Company, LLLP, and Wayne K. Schrader and Third-Party Defendant CanadianOxy Offshore Production Co. in this action are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED: November 1st, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge