IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 10, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 05-cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,        R. Kirk Mueller
d/b/a XCEL ENERGY,        Lauren C. Buehler

       Plaintiff,

v.

SCHRADER OIL COMPANY,        Donn L. Calkins
SCHRADER LAND COMPANY, LLP and
WAYNE K. SCHRADER,

       Defendants / Third-Party Plaintiffs,

v.

THE CITY OF FORT COLLINS, COLORADO,        Eugene J. Riordan

       Third-Party Defendant.
_____

## COURTROOM MINUTES
_____

**Status Conference**

**10:32 a.m.  Court in session.**

Court's preliminary remarks and states its understanding of pending motions.

Court states its rulings regarding applicability of double recovery and petroleum exclusion issues [79].

**ORDERED:  Defendants' Motion for Summary Judgment, filed September 11, 2007 [79], is denied.**

Discussion regarding pending evidentiary motions [89], [91] and [93].

**Court and counsel agree that evidentiary motions ([89], [91] and [93]) can be dealt with during the course of the trial.**

Counsel state discovery is completed.

April 10, 2008
05-cv-00785-RPM

**ORDERED:** **Defendants Shrader's Motion in Limine to Limit Testimony of Jeffrey A. Johnson, filed November 21, 2007 [89], is denied as issue will be dealt with during the course of the trial.**
**Third Party Defendant Fort Collins' Motion to Exclude Certain Opinion Testimony of Alberto Gutierrez, filed November 26, 2007 [91], is denied as issue will be dealt with during course of the trial.**
**Plaintiff's Motion to Exclude Certain Testimony of Alberto Gutierrez, filed November 28, 2007 [93], is denied as issue will be dealt with during course of the trial.**

**ORDERED:** **Pretrial conference scheduled August 8, 2008 at 2:00 p.m.**
**Proposed pretrial order shall be submitted in paper format directly to chambers by 4:00 p.m., July 31, 2008.**
**Trial to Court scheduled September 2, 2008 at 8:30 a.m.**

**10:51 a.m.** **Court in recess.**

Hearing concluded. Total time in court: 21 min.