IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY,

    Plaintiff,

v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER,

    Defendants/Third-Party Plaintiffs,

v.

THE CITY OF FORT COLLINS, COLORADO, a municipal corporation,

    Third-Party Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the status conference convened today, it is

ORDERED that this matter is set for trial to the Court on **September 2, 2008, at 9:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: April 10th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge