IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY,

    Plaintiff,

v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER,

    Defendants/Third-Party Plaintiffs,

v.

THE CITY OF FORT COLLINS, COLORADO, a municipal corporation,

    Third-Party Defendant.

_____

ORDER GRANTING MOTION TO VACATE PRETRIAL CONFERENCE
_____

    Upon consideration of the Parties' Notice of Settlement in Principle and Stipulated Motion to Vacate Pretrial Conference [121], filed on November 5, 2008, it is

    ORDERED that the November 6, 2008, deadline for filing the proposed pretrial order and the November 10, 2008, pretrial conference are vacated and it is

    FURTHER ORDERED that on or before December 10, 2008, the parties shall file a motion to dismiss or contact the court to reschedule the pretrial conference.

    DATED: November 6th, 2008

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge