IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00785-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a XCEL ENERGY,

    Plaintiff,

v.

SCHRADER OIL COMPANY, a Colorado corporation,
SCHRADER LAND COMPANY, LLLP, a Colorado partnership and
WAYNE K. SCHRADER,

    Defendants,
    Third-Party Plaintiffs,

v.

THE CITY OF FORT COLLINS, COLORADO, a municipal corporation;

    Third-Party Defendants.

_____

## ORDER DISMISSING ACTION
_____

This matter having come before the Court on the Parties' Stipulation of Voluntary Dismissal of Action ("Stipulation"), and the Court, being duly and sufficiently advised in the premises of the Stipulation, and for good cause appearing,

HEREBY ORDERS that all claims, counterclaims, cross claims, third-party claims, and this action are dismissed with prejudice except that, in the event PSCo or Schrader locate additional information relating to insurance, which information might support a claim for insurance coverage the right to the proceeds of which have been assigned to PSCo by Schrader pursuant to their settlement agreement, then such claims between PSCo and Schrader only are dismissed without prejudice. Each party shall bear his or its own fees, costs and expenses.

DATED this 10th day of December, 2008.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge